# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2019

157654

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 157654
COA: 339954
Allegan CC: 16-019842-FH

STEPHEN MICHAEL BIESZKA,
       Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 28, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the February 28, 2017 opinion and order of the Allegan Circuit Court, and we REMAND this case to that court for reconsideration of the defendant's petition for exemption from the requirements of the Sex Offenders Registration Act, MCL 28.721 *et seq.* See MCL 28.722(w)(*iv*); MCL 28.723a. On remand, the trial court shall consider all of the information that was presented at the hearing on the defendant's petition, including the text messages from the complainant, and issue a written decision excusing or requiring the defendant to register, which either the defendant or the prosecutor may appeal as of right. MCL 28.723a(6).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2019



t0122

Clerk